IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| KEVIN A. RODRIQUEZ, GLEN J. SMITH, EDGAR B. PHILLIPS, LUIS A. "TITO" MORALES AND V.I. DEMOCRATIC PARTY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil No. 2017-44 |
| vs. | ) ) | |
| ST. THOMAS – ST. JOHN BOARD OF ELECTIONS, JOINT BOARD OF ELECTIONS, MYRON JACKSON, in his capacity as President of the 32nd Legislature, and the 32nd Legislature of the U.S. Virgin Islands, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

The parties were before the Court on July 7, 2017 for a scheduling conference in connection with the matter scheduled for a consolidated evidentiary hearing on July 12, 2017, before the District Court on the request for preliminary injunction and trial. The parties agree that the matter has a well-developed record from previous judicial and legislative hearings. Counsel for the Legislature represented that transcripts of the relevant legislative hearings have been requested to be prepared and should be available for distribution to the parties on Monday, July 10, 2017. Counsel for several of the plaintiffs, Attorney Frazer, noted that there may be a conflict with his firm's representation, as Attorney Pedro Williams has represented the Legislature in the past. Counsel to the Legislature, Attorney Walker, described the prior representation and noted that she does not believe there is a conflict here. The parties will confer and confirm the lack of conflict.

The premises considered, it is hereby ORDERED:

1. The parties shall file on the docket any transcripts or other documentary evidence on which they wish to rely no later than 8:00 p.m. on July 10, 2017.

2. Any dispositive motions shall be filed no later than 10:00 p.m. on July 10, 2017, and may be supplemented prior to the hearing with page and line references to any transcripts that are not available by the filing deadline.

3. Any party intending to present live testimony on July 12, 2017, shall provide a witness list to the other parties, and file the same on the docket, no later than 10:00 a.m. on July 11, 2017. The list shall include a description of the anticipated testimony of each witness.

*Rodriquez, et al. v. St. Thomas – St. John Board of Elections, et al.*
Civil No. 2017-44
Page 2

   4. If the Williams firm determines there is conflict that cannot be waived, counsel shall notify the Court no later than July 8, 2017.

**Dated:** July 7, 2017        S\_____
                     **RUTH MILLER**
                     United States of the Virgin Islands