### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| KEVIN A. RODRIQUEZ, GLEN J, SMITH, EDGAR B. PHILLIPS, LUIS A. "TITO" MORALES AND V.I. DEMOCRATIC PARTY,<br>Plaintiffs,<br><br>v.<br><br>ST. THOMAS –ST. JOHN BOARD OF ELECTIONS, JOINT BOARD OF ELECTIONS, MYRON JACKSON, in his capacity as President of the 32nd Legislature, and the 32nd Legislature of the U.S. Virgin Islands,<br><br>Defendants. | ) CIV NO. 3:17-CV-0044-CVG-RM<br>)<br>)<br>)<br>) ACTION FOR DECLARATORY<br>) AND INJUNCTIVE RELIEF<br>) (*PENDENT LITE AND PERMANENT*)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Motion to Enlarge Time to File Electronic Documents and to Submit Witness List**

**COMES NOW**, Kevin A. Rodriquez, Pro Se, and requests an enlargement of time in which to submit briefs, Witness Lists, Etc. until 12:00 p.m. on Tuesday, July 11, 2017. As for his reason(s), Plaintiff states the following:

1. Plaintiff is in the same predicament as other parties, as the full transcript from the legislature has not been turned over, despite requested from last week. What has been turned over to Plaintiffs is only part of the transcript, and not the part that Plaintiffs need in their case moving forward.

2. A review of the requested transcript will serve to inform the witness list. Therefore, the failure of Legislature to turn over these portions of the requested transcript has prejudiced Plaintiff case.

**WHEREFORE**, Plaintiffs pray that the relief herein requested is granted.

DATE: 7/11/17

**KEVIN A. RODRIQUEZ**
Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused a true and accurate copy of Plaintiff's *Motion to Enlarge Time to Submit Exhibits, documents and Witness List, Etc.* to be served upon the parties at the email addresses below this 11th day of July 2017.

(1) V.I. Democratic Party
c/o Donna Christensen
delegatedonna@yahoo.com

(2) Juanita DeLeon (Boards of Election)
jdeleon@antilleslaw.com

(3) Kye Walker (V.I. Legislature)
kye@thewalkerlegalgroup.com

(4) Luis Morales
Titomorales408@gmail.com

(5) Glen Smith
nelg48@hotmail.com

(6) Edgar Phillips
Ebphillips09@yahoo.com

(7) Ariel Smith
asmith@doj.vi.gov