# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

THE DEMOCRATIC PARTY OF THE
VIRGIN ISLANDS, EDGAR PHILLIPS,
GLEN J. SMITH, LUIS MORALES, and
KEVIN A. RODRIQUEZ

          Plaintiffs,

    v.

THE ST. THOMAS-ST. JOHN BOARD
OF ELECTIONS, THE JOINT BOARD
OF ELECTIONS, SENATOR MYRON D.
JACKSON, in his capacity as President
of the 32nd Legislature, THE 32ND
LEGISLATURE OF THE VIRGIN
ISLANDS, and THE GOVERNMENT OF
THE U.S. VIRGIN ISLANDS

          Defendants.

ST-17-CV-44

**ACTION FOR DECLARATORY
JUDGMENT & INJUNCTIVE
RELIEF**

## NOTICE OF FILING EXHIBITS

**COMES NOW,** Defendants Senator Myron D. Jackson and The 32nd Legislature

Of The Virgin Islands, by and through their undersigned counsel, Kye Walker, Esq., and

hereby files this Notice of Filing Exhibits and corresponding Exhibits, as follows:

1. Kevin A. Rodriquez's Voluntary Petition for Individuals Filing for Bankruptcy
   filed January 25, 2016;

2. Adversary Complaint in *Kevin Rodriquez v. Nationstar Mortgage, LLC*, 16-
   00423, filed in the Middle District of Tennessee and dated May 4, 2016;

3. Transcript of Hearing in *Sarauw, et. al. v. Fawkes, et. al.*, ST-16-CV-734 dated
   December 16, 2016;

4. Transcript of Hearing in *Sarauw, et. al. v. Fawkes, et. al.*, ST-16-CV-734 dated
   January 4, 2017;



**The Walker Legal Group**
16AB Church St.
2nd Floor
Christiansted, St. Croix
USVI 00820
Tel: 340-773-0601
Fax: 888-231-0601
kye@thewalkerlegalgroup.com

5. Governor's Proclamation Calling for a Special Election dated February 7, 2017;

6. Act No. 7983;

7. Rules of the 32nd Legislature;

8. 32nd Legislature Agenda for Legislative Session scheduled for June 27, 2017;

9. 32nd Legislature's Invitation to Kevin A. Rodriquez to Testify during June 27, 2017 Session and to call any witnesses on his behalf dated June 20, 2017;

10. Francis E. Jackson's Response to Invitation to Testify dated June 23, 2017;

11. Written Testimony submitted by Kevin A. Rodriquez;

12. Written Testimony submitted by Francis E. Jackson;

13. Written Testimony submitted by Glen J. Smith;

14. Handwritten note from Kevin A. Rodriquez to Senate Majority Caucus Leader, Neville James, requesting to meet with the Majority Caucus dated June 28, 2017;

15. Transcript of Regular Session/Committee of the Whole Meeting dated June 27 and 28, 2017.

Respectfully Submitted,

THE WALKER LEGAL GROUP
*Attorney for Defendants Senator Myron D. Jackson*
*and The 32nd Legislature Of The Virgin Islands,*

DATED: July 11, 2017          BY:  ___*s/ Kye Walker*_____
                                   Kye Walker, Esq.
                                   VI Bar No. 995
                                   2201 Church Street,
                                   Suite #16AB, 2nd Floor
                                   Christiansted, St. Croix
                                   U.S. Virgin Islands 00820-4611
                                   Telephone: (340) 773-0601
                                   Fax: (888) 231-0601
                                   Email:  kye@thewalkerlegalgroup.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 11, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**The Democratic Party of the Virgin Islands**
P.O. Box 5577
St. Croix, VI 00823
Telephone: (202) 288-3142
Email: delegatedonna@yahoo.com
*PRO SE*

**Edgar Phillips**
P.O. Box 1653
St. Thomas, VI 00804
Telephone: (340) 473-6917
*PRO SE*

**Glen J. Smith**
P.O. Box 1653
St Thomas, VI 00804
Telephone: (340) 998-0525
*PRO SE*

**Luis Morales**
P.O. Box 1653
St Thomas, VI 00804
340-998-8596
*PRO SE*

**Kevin A Rodriquez**
Anna's Retreat 2D
St. Thomas, VI 00802
Telephone: (340) 473-9660
Email: Krod655@gmail.com
*PRO SE*

**Julita K. de Leon**
5600 Royal Dane Mall, Suite 203
P.O. Box 953
St. Thomas, VI 00804
Telephone: (340) 777-3340
Email: jdeleon@antilleslaw.com
*Counsel for The St. Thomas-St. John Board of Elections*

**The Joint Board of Elections**

**Ariel Marie Smith-Francois, Esq.**
Department of Justice – Attorney General Office
34-38 Kongens Gade
GERS Building
St. Thomas, VI 00802
Telephone: (340) 774-5666, ext. 193
Fax: (340) 776-3494
Email: ariel.smith-francois@doj.vi.gov
*Co-Counsel for Government of the Virgin Islands*

**Carol Thomas-Jacobs, Esq.**
18 Kongens Gade
St. Thomas, VI 00802-0000
Telephone: (340) 774-5666, ext. 155
Fax: (340) 776-3494
Email: carol.jacobs@doj.vi.gov
*Co-Counsel for Government of the Virgin Islands*

**Sheena Conway, Esq.**
Attorney General Office of the Virgin Islands
GERS Complex, 2nd Floor
34-38 Kongens Gade
St. Thomas, VI 00804-6576
Telephone: (340) 774-5666, ext. 127
Email: sheena.conway@doj.vi.gov
*Co-Counsel for Government of the Virgin Islands*

BY: ___*s/ Kye Walker*_____