# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THE DEMOCRATIC PARTY OF THE VIRGIN ISLANDS, EDGAR PHILLIPS, GLEN J. SMITH, LUIS MORALES, and KEVIN RODRIQUEZ,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE ST. THOMAS-ST. JOHN BOARD OF ELECTIONS, THE JOINT BOARD OF ELECTIONS, SENATOR MYRON D. JACKSON IN HIS CAPACITY AS PRESIDENT OF THE 32ND LEGISLATURE, THE 32ND LEGISLATURE OF THE VIRGIN ISLANDS, THE GOVERNMENT OF THE U.S. VIRGIN ISLANDS<br><br>　　　　　　　　　Defendants. | ST-17-CV-44<br><br>**ACTION FOR DECLARATORY JUDGMENT & INJUNCTIVE RELIEF** |

## MOTION TO RECONSIDER ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING TO JULY 14, 2017

**COMES NOW,** Defendants Senator Myron D. Jackson and the 32nd Legislature of the Virgin Islands (collectively "the Legislature"), by and through their undersigned counsel, Kye Walker, Esq., and requests this Honorable Court reconsider its order granting Plaintiff, Kevin A. Rodriquez's motion for continuance and rescheduling the consolidated hearing for July 14, 2017. The Legislature cites the following in support of this motion:

1. The undersigned has represented the Legislature in all litigation involving Kevin A. Rodriquez and the vacant seat in the 32nd Legislature.



**The Walker Legal Group**
16AB Church St.
2nd Floor
Christiansted, St. Croix
USVI 00820
Tel: 340-773-0601
Fax: 888-231-0601
kye@thewalkerlegalgroup.com

Case: 3:17-cv-00044-CVG-RM   Document #: 31   Filed: 07/11/17   Page 2 of 6

*The Democratic Party of the VI, et al. v The St. Thomas-St. John Board of Elections, et al.*
*Civil Case No.: ST-17-CV-44*
**MOTION TO RECONSIDER ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING TO JULY 14, 2017**
-Page 2-

2. The undersigned has long standing plans to travel to Cuba from Florida on July 13, 2017 and return to the Territory on July 18, 2017. She was initially scheduled to travel from St. Thomas to Florida in the early afternoon July 12, 2017. The plans were made well in advance due to the restrictions involved in traveling to Cuba.

3. The undersigned is also scheduled to travel to Cincinatti, Ohio from July 20-22, 2017 to attend a Law and Technology workshop.

4. During a pre-hearing conference held before Magistrate Judge Ruth Miller on Friday, July 7, 2017, the undersigned informed the Court and all parties in attendance, including Kevin A. Rodriquez, that she was scheduled to travel on Wednesday, July 12 at 2:00pm on a previously scheduled vacation and would not return until July 18, 2017.

5. The undersigned further explained that she managed to find a later flight to accommodate the hearing in this matter, which was scheduled for July 12, at 2:30pm. The undersigned has already incurred costs associated with changing her travel arrangement to accommodate the hearing scheduled for July 12.

6. On July 11, 2017, Plaintiff Rodriquez moved to continue the hearing in this matter to Friday, July 14 although he knew counsel for the Legislature was scheduled to be out of the country on that day. He did not include the information concerning the undersigned's travel in his Motion to Continue, but rather misrepresented to the Court that Defendants would suffer no prejudice

Case: 3:17-cv-00044-CVG-RM   Document #: 31   Filed: 07/11/17   Page 3 of 6

*The Democratic Party of the VI, et al. v The St. Thomas-St. John Board of Elections, et al.*
*Civil Case No.: ST-17-CV-44*
**MOTION TO RECONSIDER ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING TO JULY 14, 2017**
-Page 3-

if the hearing is continued to July 14, 2017.

7. The Legislature would certainly be prejudiced if it were unrepresented at the July 14, 2017 hearing.

8. In addition, Plaintiff Rodriquez did not provide advance notice to the undersigned of his intent to file a motion for continuance such that the undersigned was blind-sided by the motion when it was filed.

9. The Court granted the Motion to Continue before the undersigned had the opportunity to respond and object to the motion to continue.

10. As a result, the Legislature moves for reconsideration of the order granting the continuance and requests that the hearing move forward on July 12, 2017 as previously scheduled or that it be rescheduled for July 19, 2017 when the undersigned returns to the Territory or sometime after July 23, 2017.

11. A continuance of the hearing should not prejudice Plaintiffs as they have already moved to continue the hearing to a date and time after the Legislature is scheduled to review the credentials of the victor of the Special Election, Janelle K. Sarauw, and potentially administer the oath to her, such that there is no apparent urgency.

**WHEREFORE**, and for the foregoing reasons, Defendants Senator Myron D. Jackson and the 32nd Legislature Of The Virgin Islands, respectfully requests that this Motion to Reconsider the continuance of the consolidated hearing to Friday, July 14, 2017 be **GRANTED**.

Case: 3:17-cv-00044-CVG-RM   Document #: 31   Filed: 07/11/17   Page 4 of 6

*The Democratic Party of the VI, et al. v The St. Thomas-St. John Board of Elections, et al.*
*Civil Case No.: ST-17-CV-44*
**MOTION TO RECONSIDER ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING TO JULY 14, 2017**
-Page 4-

          Respectfully Submitted,

          THE WALKER LEGAL GROUP
          *Attorney for Defendants Senator Myron D. Jackson and The 32nd Legislature Of The Virgin Islands,*

DATED:  July 11, 2017          BY: *s/ Kye Walker*
          Kye Walker, Esq.
          VI Bar No. 995
          2201 Church Street,
          Suite #16AB, 2nd Floor
          Christiansted, St. Croix
          U.S. Virgin Islands 00820-4611
          Telephone: (340) 773-0601
          Fax: (888) 231-0601
          Email:  *kye@thewalkerlegalgroup.com*

*The Democratic Party of the VI, et al. v The St. Thomas-St. John Board of Elections, et al.*
*Civil Case No.: ST-17-CV-44*
**MOTION TO RECONSIDER ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING TO JULY 14, 2017**
-Page 5-

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 11, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**The Democratic Party of the Virgin Islands**
P.O. Box 5577
St. Croix, VI 00823
Telephone: (202) 288-3142
Email: delegatedonna@yahoo.com
*PRO SE*

**Edgar Phillips**
P.O. Box 1653
St. Thomas, VI 00804
Telephone: (340) 473-6917
*PRO SE*

**Glen J. Smith**
P.O. Box 1653
St Thomas, VI 00804
Telephone: (340) 998-0525
*PRO SE*

**Luis Morales**
P.O. Box 1653
St Thomas, VI 00804
340-998-8596
*PRO SE*

**Kevin A Rodriquez**
Anna's Retreat 2D
St. Thomas, VI 00802
Telephone: (340) 473-9660
Email: Krod655@gmail.com
*PRO SE*

**Julita K. de Leon**
5600 Royal Dane Mall, Suite 203
P.O. Box 953
St. Thomas, VI 00804
Telephone: (340) 777-3340
Email: jdeleon@antilleslaw.com
*Counsel for The St. Thomas-St. John Board of Elections*

Case: 3:17-cv-00044-CVG-RM   Document #: 31   Filed: 07/11/17   Page 6 of 6

*The Democratic Party of the VI, et al. v The St. Thomas-St. John Board of Elections, et al.*
*Civil Case No.: ST-17-CV-44*
**MOTION TO RECONSIDER ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING TO JULY 14, 2017**
-Page 6-

**The Joint Board of Elections**

**Ariel Marie Smith-Francois, Esq.**
Department of Justice – Attorney General Office
34-38 Kongens Gade
GERS Building
St. Thomas, VI 00802
Telephone: (340) 774-5666, ext. 193
Fax: (340) 776-3494
Email: ariel.smith-francois@doj.vi.gov
*Counsel for Government of the Virgin Islands*

**Carol Thomas-Jacobs, Esq.**
18 Kongens Gade
St. Thomas, VI 00802-0000
Telephone: (340) 774-5666, ext. 155
Fax: (340) 776-3494
Email: carol.jacobs@doj.vi.gov
*Counsel for Government of the Virgin Islands*

BY:  *s/ Kye Walker*

Case: 3:17-cv-00044-CVG-RM   Document #: 31   Filed: 07/11/17   Page 6 of 6