IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| KEVIN A. RODRIQUEZ, GLEN J. SMITH, EDGAR B. PHILLIPS, LUIS A. "TITO" MORALES AND V.I. DEMOCRATIC PARTY,<br>Plaintiffs,<br><br>v.<br><br>ST. THOMAS –ST. JOHN BOARD OF ELECTIONS, JOINT BOARD OF ELECTIONS, MYRON JACKSON, in his capacity as President of the 32nd Legislature, and the 32nd Legislature of the U.S. Virgin Islands,<br><br>Defendants. | ) CIV NO. 3:17-CV-0044-CVG-RM<br>)<br>)<br>) ACTION FOR DECLARATORY<br>) AND INJUNCTIVE RELIEF<br>) *(PENDENT LITE AND PERMANENT)*<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINDER

COMES NOW, KEVIN A. RODRIQUEZ, pursuant to Fed.R.Civ.P. 20(1), and asks leave of this honorable Court to join as a Plaintiff in the above captioned matter. The questions of law are common to all the Plaintiffs, and the grievances arise out of the same set of occurrences.

WHREFORE, Plaintiff Rodriquez prays that this Court will grant the relief herein requested.

Date: July 6, 2017

_____
KEVIN A. RODRIQUEZ

_____
GLEN J. SMITH

_____
EDGAR B. PHILLIPS

_____
LUIS A. "TITO" MORALES