# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| V.I. DEMOCRATIC PARTY, et al.<br>Plaintiffs,<br><br>v.<br><br>ST. THOMAS –ST. JOHN BOARD OF<br>ELECTIONS, et al.<br><br>Defendants. | ) CIV. NO. 3:17-CV-0044-CVG-RM<br>) ACTION FOR DECLARATORY<br>) AND INJUNCTIVE RELIEF<br>) *(PENDENT LITE AND PERMANENT)*<br>)<br>)<br>)<br>) |

## NOTICE OF SUPPLEMENTAL FILING OF PLAINTIFF'S EXHIBITS & WITNESS LIST

**COMES NOW, KEVN A. RODRIQUEZ,** and appends Plaintiffs exhibit and witness lists:

| | |
|---|---|
| **EXHIBIT T** | V.I. Democratic Party Press Release, dated February 7, 2017, calling on 32nd Legislature to seat Rodriquez—Post District Court decision (sent to every senator) |
| **EXHIBIT U** | V.I. Democratic Party letter, dated April 22, 2017, sent to Senate President and Majority Leaders about the embarrassing and disturbing way in which 32nd Legislature was handling Rodriquez matter |
| **EXHIBIT V** | V.I. Democratic Party, Press Release, dated January 19, 2017, questioning the unequal representation of the St. Thomas/St. John district. |
| **EXHIBIT W** | Testimony of Donna M. Christensen, MD, State Chair, Democratic Party of the Virgin Islands, before the 32nd Legislature Committee of the Whole, dated June 27, 2017. |
| **EXHIBIT X** | Donna M. Christensen, MD's letter to 32nd Legislature's officers requesting that they focus on criteria set out in Revised Organic Act |
| **EXHIBIT Y** | Transcripts, Regular Session, VI Legislature, June 27, 2017, Part IV |
| **EXHIBIT Z** | Transcript, Regular Session, VI Legislature, June 27, 2017, Part IV. |

EXHIBIT Z1   Transcript, Regular Session, V.I. Legislature, June 28, 2017, Part V

## ADDED TO WITNESS LIST

Donna M. Christensen, M.D.   Testify on overtures to 32nd Legislature to conduct an open and fair hearing, and to focus on the 6 criteria for eligibility in the Organic Act, not hearsay and innuendo

Alaina Lockhart-Mollah   will testify that she was asked by Senator Hansen if there is a vacancy in the 32nd Legislature, and when that vacancy began

Dated: July 12, 2017

KEVIN A. RODRIQUEZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a true and accurate copy of Plaintiff's *SUPPLEMNTAL FILING OF EXHIBITS AND WITNESSES.* to be served upon the parties at the email addresses below this 12th day of July 2017.

(1) V.I. Democratic Party
c/o Donna Christensen
delegatedonna@yahoo.com

(2) Juanita Deleon (Boards of Election)
jdeleon@antilleslaw.com

(3) Key Walker (V.I. Legislature)
kye@thewalkerlegalgroup.com

(4) Luis Morales

Titomorales408@gmail.com

(5) Glen Smith
nelg48@hotmail.com

(6) Edgar Phillips
Ebphillips09@yahoo.com

(7) Ariel Smith
asmith@doj.vi.gov