# EXHIBIT T



# DEMOCRATIC PARTY of the VIRGIN ISLANDS

**FOR IMMEDIATE RELEASE:**
**2/7/2017**

The District Court Judge has issued an opinion which lays the issue squarely in the jurisdiction of the Legislature.

We, the Executive Committee of the Democratic Party, call on the leadership of the 32nd Legislature to immediately swear in Kevin Rodriguez. To delay action would be to risk ceding the authority of the Legislative Branch to that of the Executive Branch, which is completely unacceptable.

The people of the Virgin Islands deserve and need to have a fully constituted Legislature, especially at this time of crisis. The over 4000 voters who placed their confidence in Senator-elect Rodriquez deserve to have their votes honored and the Democratic Party, which nominated him as their choice to serve, insist on immediate remedy.

Donna M. Christensen
State Chair