# EXHIBIT U



April 22, 2017

The Honorable Myron Jackson  
President, 32nd Legislature  
Of the Virgin Islands of the United States.  
St. Thomas, USVI

The Honorable Neville James  
Majority Leader, 32nd Legislature  
Of the Virgin Islands of the United States  
St. Croix, USVI

Dear Senate President Jackson and Majority Leader James:

The Leadership of the Democratic Party is thoroughly embarrassed and disturbed by the way in which the Board and the Legislature have handled the issue of Kevin Rodriguez and matters leading up to and following the Special Election. As stated previously, the Governor should never have had the opportunity to intervene and force this election.

While there are different opinions on what is to happen and who now has jurisdiction, we want to call attention to the fact that on January 4th, the Superior Court Judge ruled that there was sufficient evidence to confirm that Senator-elect Rodriguez indeed lived in the VI for the prescribed time. While the Supreme Court raised another issue blocking his swearing in and remanding the case back to the Superior Court, it is of note that the superior Court was instructed to first consider that since the 32nd Legislature was now sworn in, whether or not the Court still had jurisdiction. It is our position that they did not and that the Legislature had and continues to have jurisdiction to act.

With the Third Circuit Court still to meet and decide the case, we now find our Islands in a untenable situation, and unfortunately the laughing stock of many.

As the governing body of the Democratic Party of the Virgin Islands, we are therefore calling on the Legislature, led by Democrats, to exercise its authority and to lead us out of the mass confusion that has now developed.

Sincerely,

Donna M. Christensen  
State Chair