# EXHIBIT V



# DEMOCRATIC PARTY of the VIRGIN ISLANDS

January 19, 2017

**PRESS STATEMENT FROM THE DEMOCRATIC STATE CHAIR**

The Democratic Party of the Virgin Islands is concerned that more than one week after the 32nd legislature has been sworn in, the seventh St. Thomas seat remains vacant and the issue of residency, which we thought had been settled by the Superior Court on January 5, 2017, remains unresolved. The challenges we face today demand a full sitting legislature.

Every day Senator-elect Rodriquez is not seated the voters of the St. Thomas/St John District are deprived of equal representation. Further, every day that Rodriquez is absent from his seat potentially brings us closer to the 30 day vacancy provision, which could potentially authorize the Governor to call a new election.

We are unwavering in our support of Senator-elect Rodriquez as there are many who have and can can attest to his residing in the Virgin Islands for the prescribed three years prior to the election.

It is our hope that this matter can be resolved promptly so that he can be seated and begin to work on behalf of the Democrats who nominated him and the 4134 Virgin Islanders who elected him.

*[signature]*