# EXHIBIT Z

```
THIRTY SECOND LEGISLATURE OF THE UNITED STATES VIRGIN ISLANDS
              Charlotte Amalie, St. Thomas




              REGULAR SESSION  - Part 4
               June 28, 2017
               Earle B. Ottley Legislative Hall
               St. Thomas, U.S. Virgin Islands




SENATORS PRESENT:

SENATOR MYRON D. JACKSON - President
SENATOR NEREIDA RIVERA-O'REILLY - Vice President
SENATOR MARVIN BLYDEN
SENATOR DWAYNE DEGRAFF
SENATOR JEAN FORDE
SENATOR NOVELLE FRANCIS, JR.
SENATOR ALICIA HANSEN
SENATOR NEVILLE JAMES
SENATOR JANETTE MILLIN YOUNG
SENATOR POSITIVE T.A. NELSON
SENATOR TREGENZA ROACH
SENATOR SAMMUEL SANES
SENATOR BRIAN SMITH
SENATOR KURT VIALET
```

Case: 3:17-cv-00044-CVG-RM Document #: 33-9 Filed: 07/12/17 Page 3 of 11

REGULAR SESSION - June 28, 2017 - Part 4          2

## INDEX

1. Consideration of Bill Number 32-0125..............  3
2. Roll call on Bill Number 32-0125.................  6
3. Conclusion.......................................  9

VERNA TURNBULL-CARTY - Legislative Reporter

```
                    REGULAR SESSION -  June 28, 2017 - Part 4            3
 1   SENATOR RIVERA-O'REILLY CHAIRING SESSION.....

 2                 SENATOR RIVERA-O'REILLY:  Colleagues we are back on

 3   the record.  We are back on the record waiting for media.

 4   Madam Clerk can you call up the next item on the agenda please.

 5   Madam Clerk can you please call up the next item on the agenda.

 6                 MS. WARNER: Bill Number 32-0125 - An Act

 7   appropriating a sum not exceeding four hundred eighty thousand

 8   to purchase the real property identified in Act Number 7990

 9   Section 1A to Complete the Paul E. Joseph Stadium Project.

10                 SENATOR RIVERA-O'REILLY:  You're recognized Senator

11   Hansen for a point of information.

12                 SENATOR HANSEN: Madam President, my point of

13   information is there was just a vote relative to whether or not

14   Rodriquez would have become a member.  And the vote was taken

15   and he lost on the vote which is what the Legislature do.

16                 The question I think of the whole community 'cause

17   I got so many texts and we here asking the same question --

18   Majority Leader can I pose my question?

19                 SENATOR RIVERA-O'REILLY: Continue Senator Hansen.

20                 SENATOR HANSEN: My question that everybody wants to

21   know what is next?  Obviously there is a vacant seat as of this

22   moment when the roll call took place.  That's when the vacancy

23   really begun. What is next?  Are we going to have someone else

24   come in now?  It's going to have a new Special Election or a new

25   election whatever you call it, what's the answer to that?  We
                      VERNA TURNBULL-CARTY - Legislative Reporter
```

REGULAR SESSION - June 28, 2017 - Part 4 — 4

1  can't just leave it up in the air and just let's call up the
2  next bill. And like something is not pending.
3      SENATOR RIVERA-O'REILLY: Thank you so much Senator
4  Hansen for that point of information. It is noted.
5      The bill that has been called up. Motion?
6      SENATOR JAMES: Thank you very much Madam
7  President. I move that we eliminate debate for Bill Number
8  32-0125 and go straight to the vote. I so move.
9      SENATOR BLYDEN: Second.
10     SENATOR VIALET: Second.
11     SENATOR NELSON: Objection.
12     SENATOR RIVERA-O'REILLY: A motion has been made.
13 There's a sufficient second. There's an objection. Roll call.
14     MS. HANSEN: Senator Blyden?
15     SENATOR BLYDEN: Yes.
16     MS. HANSEN: Senator Blyden, yea. Senator DeGraff?
17     SENATOR DEGRAFF: (No response)
18     MS. HANSEN: Senator DeGraff, not voting. Senator
19 Forde?
20     SENATOR FORDE: Yes.
21     MS. HANSEN: Senator Forde, yea. Senator Francis,
22 Jr?
23     SENATOR FRANCIS, JR: Yes.
24     MS. HANSEN: Senator Francis, Jr, yea. Senator
25 Hansen?

VERNA TURNBULL-CARTY - Legislative Reporter

REGULAR SESSION - June 28, 2017 - Part 4          5

1      SENATOR HANSEN: No.

2      MS. HANSEN: Senator Hansen, nay. Senator Jackson?

3      SENATOR JACKSON: Yes.

4      MS. HANSEN: Senator Jackson, yea.  Senator James?

5      SENATOR JAMES: Yes.

6      MS. HANSEN: Senator James, yea. Senator Millin
7 Young?

8      SENATOR MILLIN YOUNG: No.

9      MS. HANSEN: Senator Millin Young, no.  Senator
10 Nelson?

11     SENATOR NELSON:  No.

12     MS. HANSEN: Senator Nelson, no. Senator
13 Rivera-O'Reilly?

14     SENATOR RIVERA-O'REILLY: Yes.

15     MS. HANSEN: Senator Rivera-O'Reilly, yes. Senator
16 Roach?

17     SENATOR ROACH: No.

18     MS. HANSEN; Senator Roach, nay. Senator Sanes?

19     SENATOR SANES: Yes.

20     MS. HANSEN: Senator Sanes, yea.  Senator Smith?
21 Senator Smith, absent.  Senator Vialet?

22     SENATOR VIALET:  Yes.

23     MS. HANSEN: Senator Vialet, yea.

24     SENATOR RIVERA-O'REILLY:  Madam Clerk change
25 Senator DeGraff'S vote to no.

VERNA TURNBULL-CARTY - Legislative Reporter

```
═══REGULAR SESSION -  June 28, 2017 - Part 4═══════6═
 1              MS. HANSEN: Madam President, eight yeas, five nays,
 2   one absent.
 3              SENATOR RIVERA-O'REILLY: Very well.  The motion
 4   carries.  Roll call on the bill please.  Roll call on the bill.
 5              MS. JOSEPH: Senator Blyden?
 6              SENATOR BLYDEN:  Yes.
 7              MS. JOSEPH: Senator Blyden, yes.  Senator DeGraff?
 8              SENATOR DEGRAFF: No.
 9              MS. JOSEPH: Senator DeGraff, no. Senator Forde?
10              SENATOR FORDE: Yes.
11              MS. JOSEPH: Senator Forde, yes.  Senator Francis,
12   Jr?
13              SENATOR FRANCIS, JR: Yes.
14              MS. JOSEPH: Senator Francis, Jr., yes.  Senator
15   Hansen?   Senator Hansen?
16              SENATOR HANSEN: (No response)
17              MS. JOSEPH: Senator Hansen, not voting.  Senator
18   Jackson?
19              SENATOR JACKSON:  Yes.
20              MS. JOSEPH: Senator Jackson, yes.  Senator James?
21              SENATOR JAMES: Yes.
22              MS. JOSEPH: Senator James, yes.  Senator Millin
23   Young?
24              SENATOR MILLIN YOUNG: Absolutely not.
25              MS. JOSEPH: Senator Millin Young, no. Senator
        ══════════VERNA TURNBULL-CARTY - Legislative Reporter══════
```

REGULAR SESSION -   June 28, 2017 - Part 4                        7

1  Nelson?  Senator Nelson?

2              SENATOR NELSON: (No response)

3              MS. JOSEPH: Senator Nelson, not voting. Senator
4  O'Reilly?

5              SENATOR RIVERA-O'REILLY:  Yes.

6              MS. JOSEPH: Senator O'Reilly, yes.  Senator Roach?
7  Senator Roach?

8              SENATOR ROACH: (No response)

9              MS. JOSEPH: Senator Roach, not voting.

10             SENATOR ROACH: I said no.

11             MS. JOSEPH: Senator Roach, no.  Senator Sanes?

12             SENATOR SANES:  Yes.

13             MS. JOSEPH: Senator Sanes, yes.  Senator Smith?

14             SENATOR SMITH: Yes.

15             MS. JOSEPH: Senator Smith, yes.  Senator Vialet?

16             SENATOR VIALET: Yes.

17             MS. JOSEPH: Senator Vialet, yes.  Mr. President
18 nine yes --

19             SENATOR RIVERA-O'REILLY:  Madam Clerk please record
20 Senator "Positive" Nelson's vote as no.  Any other Senator
21 wishes to change their vote?  So Senator DeGraff do you wish to
22 remain as a no vote?  Senator DeGraff vote is no now Madam
23 Clerk.

24             MS. JOSEPH: It was always no.

25             SENATOR RIVERA-O'REILLY: Can you please state the

VERNA TURNBULL-CARTY - Legislative Reporter

REGULAR SESSION - June 28, 2017 - Part 4    8

1  final votes on the record one more time.
2           MS. JOSEPH: Nine yes, four no, one not voting.
3           SENATOR RIVERA-O'REILLY: Very well. Bill Number
4  32-0125 - An Act appropriating a sum not exceeding four hundred
5  and eighty thousand dollars to purchase the real property
6  identified in Act Number 7990 Section 1A to complete the Paul E.
7  Joseph Stadium project was voted favorably by this Body and will
8  be sent to the Governor for his final consideration and
9  signature.
10          Mr. Majority Leader? Okay. Senator Hansen you are
11 recognized for your point of inquiry.
12          SENATOR HANSEN: Through the Chair to legal counsel.
13          SENATOR RIVERA-O'REILLY: Through the Chair, legal
14 counsel?
15          SENATOR HANSEN: Counsel as you're aware there's a
16 vacancy. It's still your opinion that there's a vacancy at this
17 time in the 32nd Legislature after the vote that took place
18 earlier? Do you agree?
19          ATTORNEY LOCKHART-MOLLAH: Through the Chair to
20 Senator Hansen. A vacancy was created today when the vote was
21 taken and the majority vote was that Senator-Elect Rodriquez is
22 not accepted as a Senator; that vacancy was created.
23          SENATOR HANSEN: Okay very well. So it's today in
24 your opinion as well?
25          ATTORNEY LOCKHART-MOLLAH: Yes.

VERNA TURNBULL-CARTY - Legislative Reporter

===== REGULAR SESSION - June 28, 2017 - Part 4 ===== 9 =

1  SENATOR HANSEN: Very well. So my next question
2  would then be what takes place now to fill the vacancy?
3  SENATOR RIVERA-O'REILLY: Through the Chair to legal
4  counsel.
5  SENATOR HANSEN: Through the Chair.
6  ATTORNEY LOCKHART-MOLLAH: Through the Chair to
7  Senator Hansen. At this point what has to take place is that
8  the Senate through the President would have to write a letter to
9  the Board of Elections letting them know of their decision and
10 that thereby a vacancy was created. Also they could now certify
11 -- make the request to certify the results of the Special
12 Election. However based on the board and what they decide is
13 proper and in order, they could decide that one, the Special
14 Election was not a valid election because at that time there was
15 no vacancy or two, the next thing would be that they decide
16 there is a vacancy that only started as of today. And if they
17 do decide that there was no -- that the Special Election was not
18 valid, then the next end result would be then another Special
19 Election.
20 SENATOR HANSEN: Thank you very much. Thank you
21 Madam Chair.
22 SENATOR RIVERA-O'REILLY: You're very welcome
23 Senator Hansen. Colleagues this Session of Wednesday June 28th,
24 2017 is hereby adjourned.
25

===== VERNA TURNBULL-CARTY - Legislative Reporter =====

# CERTIFICATE

I, VERNA TURNBULL-CARTY, Legislative Reporter do hereby certify that proceedings of the Regular Session - Part 4 held on June 28, 2017 at the Earle B. Ottley Legislative Hall, St. Thomas, U.S. Virgin Islands is a true and accurate transcription by me.

IN WITNESS WHEREOF, I have subscribed my hand this 8th day of July, 2017.

_____
Verna Turnbull-Carty