IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| V.I. DEMOCRATIC PARTY, et al.<br>Plaintiffs,<br><br>v.<br><br>ST. THOMAS –ST. JOHN BOARD OF<br>ELECTIONS, et al.<br><br>Defendants. | ) CIV. NO. 3:17-CV-0044-CVG-RM<br>) ACTION FOR DECLARATORY<br>) AND INJUNCTIVE RELIEF<br>) (*PENDENT LITE AND PERMANENT*)<br>)<br>)<br>)<br>) |

## NOTICE OF SECOND SUPPLEMENTAL FILING OF PLAINTIFF'S EXHIBITS & WITNESS LIST

**COMES NOW, KEVN A. RODRIQUEZ**, and appends Plaintiffs exhibit and witness lists:

**EXHIBIT Z2**   Third Circuit Opinion, *K. Rod v. M. Jackson and 32nd V.I. Legislature*

**EXHIBIT Z3**   Letter from Senate President to Arturo Watlington, Jr., stating that the 32nd Legislature wants the Board to certify Janelle Sarauw

Dated: July 12, 2017

/KEVIN A. RODRIQUEZ

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused a true and accurate copy of Plaintiff's *SECOND SUPPLEMNTAL FILING OF EXHIBITS AND WITNESSES*. to be served upon the parties at the email addresses below this 13th day of July 2017.

(1) V.I. Democratic Party
c/o Donna Christensen
delegatedonna@yahoo.com

(2) Juanita Deleon (Boards of Election)
jdeleon@antilleslaw.com

(3) Key Walker (V.I. Legislature)
kye@thewalkerlegalgroup.com

(4) Luis Morales
Titomorales408@gmail.com

(5) Glen Smith
nelg48@hotmail.com

(6) Edgar Phillips
Ebphillips09@yahoo.com

(7) Ariel Smith
asmith@doj.vi.gov