# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| KEVIN A. RODRIQUEZ, GLEN J. SMITH, EDGAR B. PHILLIPS, LUIS A. "TITO" MORALES AND V.I. DEMOCRATIC PARTY, | CIVIL NO. 3:17-CV-0044-CVG-RM |
| Plaintiffs, | ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF |
| v. | *(PENDENT LITE AND PERMANENT)* |
| ST. THOMAS-ST. JOHN BOARD OF ELECTIONS, JOINT BOARD OF ELECTIONS, MYRON JACKSON, in his capacity as President Of the 32nd Legislature, and the 32nd Legislature of the U.S. Virgin Islands. | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW,** Plaintiffs by and through the undersigned counsel and moves this Honorable Court to Admit the Attorney Daniel M. Press of McLean, Virginia, to serve as counsel of record for the Plaintiffs in the above-captioned matter.

The undersigned makes this motion on behalf of the Plaintiffs, who have retained Attorney Press to represent them in this matter. Attorney Press has indicated that he has participated in one (1) other matter by Pro Hac Vice before this court.

Attorney Press credentials are included in the attached Pro Hac Vice Application.

Respectfully Submitted,

**LAW OFFICES OF PEDRO K. WILLIAMS**

Dated: **July 14, 2017**  By:   **/s/ Pedro K. Williams**
Pedro K. Williams, Esq.
*Attorney for Plaintiffs*
5212 Wimmelskafts Gade, Suite 200
St. Thomas, Virgin Islands 00802-6404
Telephone: (340) 774-2100
Facsimile: (340) 774-2750
Email: pedro.williams@pkwilliamslaw.com
**VIRGIN ISLANDS BAR NO. 362**

**CERTIFICATE OF SERVICE**

This is to certify that on this **14th** day of **July 2017,** I electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following:

Kye Walker, Esq.
*Attorney for the 32 Legislature*
The Walker Legal Group
16AB Church St., 2nd Floor
Christiansted, St. Croix, USVI 00820
Telephone: (340) 773-0601
Facsimile: (888) 231-0601
Email: kye@thewalkerlegalgroup.com

Julita de Leon, PLLC
*Attorney for VI Board of Election*
5600 Royal Dane Mall, Suite 203
Post Office Box 953
St. Thomas, U.S. Virgin Islands 00804
Phone: (340) 777-3340
Facsimile: (800) 853-4041

And

Sheena Conway, Esq.
*Assistant Attorney General*
Virgin Islands Department of Justice
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Bldg., 2nd Fl.
St. Thomas, Virgin Islands 00802
Telephone: (340) 774-5666
Facsimile: (340) 774-3494
Email: sheena.conway@doj.vi.gov

   **/s/ Pedro K. Williams**