## Itinerary confirmation

Download to calendar     PRINT ITINERARY

You're all set to jet!

**Confirmation code: PXQCWG**     MANAGE BOOKING ›

### Travelers

**Mr. Daniel M Press**

| Flight | | |
|---|---|---|
| | Ticket Number | 2792179589740 |
| | Frequent Flyer | JetBlue - TrueBlue - 3612282343 |
| | | **SJU → STT** |
| | Seat | 1B |
| | Checked bags included | 0 bags |

### Your flights

| San Juan, PR (SJU) | St. Thomas (STT) | Flight 1236 | Fare: Blue |
|---|---|---|---|
| Wed Jul 19 2017, **7:00 AM** | Wed Jul 19 2017, **7:34 AM** | JetBlue | Nonstop |
| E190 | | | |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $82.00 | $10.10 | $92.10 | x 1 | **$92.10 USD** |

+ SJU - STT: Blue details

Total fare:     **$92.10** USD

### Extras

+ Seats

+ Even More Speed

Total Extras:     **$10.00** USD

**Charged to Travel Bank:**     **$17.10** USD

**Charged to American Express ending in 4009**     **$85.00** USD

Total     **$102.10** USD

## Hotels - We do hotels too! Add one to your flight now with exclusive rates only available here



## Information

1. **CARRY-ON BAGGAGE RULES: JetBlue flights** - Each customer may bring one bag that fits in the overhead bin plus one personal item (purse, briefcase, laptop, etc.) that fits under the seat in front free of charge. Any excess carry-on baggage will be checked baggage. Visit our baggage page and the TSA website for more information. **Connecting on our partner airlines (including Cape Air)** - The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to the partner. See our partner page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee that those bags will be accepted for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked baggage fees if their carry-ons do not meet size/weight restrictions. **CHECKED BAGGAGE ALLOWANCE/FEES (fares booked before 6/23/15):** First checked bag is included and second bag is $35. **CHECKED BAGGAGE ALLOWANCE/FEES (fares booked on or after 6/23/15):** For BLUE fares, the first checked bag fee is $25 and the second checked bag is $35. For BLUEFLEX fares, two checked bags are included. **Additional Baggage Terms (all fares):** Additional bags (over two) are $100 each. Weight and size limits and exceptions for itineraries including flights operated or marketed by other airlines also apply. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See our baggage page for more information. **Travel on our partner airlines (excluding Cape Air*)** - Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. Excess baggage rules and size/weight restrictions may vary depending on load availability. See our partner page for more information. *For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply.

2. Legroom based on average fleet-wide seat pitch of U.S. airlines.

3. DIRECTV® and SiriusXM Radio® services are not available on flights outside the contiguous United States; however, where applicable, movies from JetBlue Features™ are offered complimentary on these routes.

4. Welcome bonus of 10,000 TrueBlue Points will be awarded to primary Cardmembers 6-8 weeks after the first purchase on the JetBlue Card from American Express. This offer is valid for first time JetBlue Cardmembers only. You may be permitted to have more than one JetBlue Card account; however, you are only eligible to earn one welcome bonus. Bonus ID 3530.

5. Certain flights will require more points to redeem award travel based on, among other things, the flight chosen and peak travel periods. TrueBlue Members are responsible for taxes and fees applicable to Award Flights, including (a) Passenger Facility Charges of up to $9.00 each way, (b) September 11th Security Fees of up to $11.20 per enplanement at a U.S. originating airport and (c) Federal Segment Taxes of $4.00 per domestic segment (a segment is a takeoff and landing). Government taxes/fees are subject to change as required by law, see http://www.jetblue.com/about/legal/taxes.asp. Advertised rates are based on trips between airports and downtown metropolitan area locations in an economy class vehicle. Rates do not include additional charges that may be applicable, such as charges for tolls, extra stops, parking fees, telephone usage, pets, extra in-car bags, car seats, waiting time, or custom requests. Rates include local and state taxes and fees, except in NY, NJ, and CT; passengers in these states are responsible for taxes and fees (including, in NY, a 2% NYC workmen's compensation charge and 8.875% state and local sales taxes). Rates include gratuity, except in NY, NJ, and CT; passengers traveling in these states are encouraged to provide appropriate gratuity based on the service received. Economy pricing may not be available at all times, during the day or during certain weather conditions. Advertised rates only apply or bookings made online at limos.jetblue.com or by calling 1-888-478-8190.

6. If you find the same hotel and dates of stay at a lower rate, Hotels.com will, at its choice, either match the lower rate or cancel the reservation without a cancellation fee. See http://hotels.jetblue.com/index.jsp?pageName=guarantee.

7. Hotels.com does not charge a change or cancel fee; but each property has independent penalties for changes/cancellations. See hotel details.

**Customer concerns**
Any customer inquiries or concerns can be addressed here, emailed to dearjetblue@jetblue.com, or sent to JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

**Notice of Increased Government Tax or Fee**
JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

