

Home   Hello, DANIEL ▾   English ▾   Search aa.com

Plan Travel       Travel Information       AAdvantage       

# Choose flights

« New search

## Your trip summary

**Main Cabin**

One way (Non-refundable)

$ **283** per person

Total $282.06 (all passengers)

Price and tax information

**Good value with benefits**
- Choose your seat (fee may apply)
- Eligible for upgrades on American flights
- Flight changes allowed (fee applies)

Includes taxes and carrier imposed fees.

Baggage and optional service fees

**Depart**   St Thomas Island, Virgin Islands, U.S. to Baltimore, MD

Thursday, July 20, 2017

| 4:45 PM → 11:58 PM | 7h 13m | 1 stop | Main Cabin |

AA 1608   757-Boeing 757
AA 1998   320-Airbus A320

Details | Change

## Upgrade to Business

One way (Non-refundable)

$ **482** per person

Total $481.06 (all passengers)

[ Upgrade ]

**Room to work or relax**
- Larger, more comfortable seat
- 2 free checked bags*
- Up to 3 EQMs per mile flown on eligible flights
- Same-day flight change & standby when available on American flights

*If you're AAdvantage Executive Platinum, you get 1 extra checked bag.





### Limited-time: Earn 50,000 bonus miles
Plus, get up to **$100** in statement credits after qualifying purchases with this credit card offer.

Apply now

[ Continue ]

| Help | About American | Extras |
|---|---|---|
| Contact American | About us | Business programs |
| Receipts and refunds | Careers 🗗 | Gift cards 🗗 |
| FAQs | Investor relations 🗗 | American Airlines credit card |
| Agency reference | Newsroom 🗗 | Trip insurance |
| Cargo 🗗 | Legal, privacy, copyright | CoBrowse |
| Baggage and optional service fees | Browser compatibility | |
| Customer service and contingency plans | Web accessibility | |
| Conditions of carriage and tariffs | | |

🗗 Link opens in new window. Site may not meet accessibility guidelines.